**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARY ANN TOLENTINO, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ORVIS COMPANY, INC., DBA ORVIS,<br><br>Defendant. | NO. 2:26-cv-2213<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the Court GRANTS the stipulated motion (Dkt. No. 11) and ORDERS as follows, using the same defined terms as defined and used in the Stipulation:

1.      Defendant's time within which to serve and file any motions, pleadings, or other filings responsive to Plaintiff's Complaint shall be and hereby is extended up to and including August 3, 2026.

ORDER GRANTING STIPULATION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S CLASS ACTION COMPLAINT - 1
2:26-cv-2213

2.      The Parties to the Stipulation reserve all rights and defenses they may have, and the Stipulation shall not impair or otherwise affect such rights and defenses.

**IT IS HEREBY ORDERED.**

DATED this 9th day of July, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S CLASS ACTION COMPLAINT - 2
2:26-cv-2213