THE HONORABLE KYMBERLY K. EVANSON

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARY ANN TOLENTINO, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ORVIS COMPANY, INC., DBA ORVIS,<br><br>Defendant. | Case No. 2:26-cv-2213-KKE<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND STAY DISCOVERY** |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the Court GRANTS the Stipulation (Dkt. No. 20) and ORDERS as follows, using the same defined terms as defined and used in the Stipulation:

1.      Defendant's deadline to respond to the Complaint shall be extended and discovery shall be stayed pending the filing of a Joint Status Update no later than October 5, 2026;

ORDER GRANTING JOINT STIPULATION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
CLASS ACTION COMPLAINT AND STAY DISCOVERY - 1
26-cv-2213-KKE

2. The Parties shall file a Joint Status Update no later than October 5, 2026, wherein the Parties shall propose a revised briefing schedule on Defendant's anticipated motion to dismiss and various discovery deadlines, including the initial disclosures deadline and deadline to submit a Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f).

3. The Parties to the Stipulation reserve all rights and defenses they may have, and the Stipulation shall not impair or otherwise affect such rights and defenses.

**IT IS HEREBY ORDERED.**

DATED this 31st day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT STIPULATION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
CLASS ACTION COMPLAINT AND STAY DISCOVERY - 2
26-cv-2213-KKE