THE HONORABLE KYMBERLY K. EVANSON

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MARY ANN TOLENTINO, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE ORVIS COMPANY, INC., DBA ORVIS,

Defendant.

Case No. 2:26-cv-2213-KKE

**ORDER ON JOINT STATUS REPORT**

Pursuant to the Joint Status Report and agreement between the Parties, and for good cause appearing, the Court GRANTS the parties' requests and ORDERS as follows:

1. Defendant's deadline to respond to the Complaint shall be extended and discovery shall be stayed pending the filing of a Joint Status Update on or before January 15, 2027;
2. The Parties shall file a Joint Status Update on or before January 15, 2027, wherein the Parties shall propose a revised briefing schedule on Defendant's anticipated

motion to dismiss and various discovery deadlines, including the initial disclosures deadline and deadline to submit a Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f).

3. The Parties to the Stipulation reserve all rights and defenses they may have.

DATED this 7th day of October, 2026.

Kymberly K. Evanson
United States District Judge